**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 149 MAL 2022
:
Respondent  :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v.  :
:
:
JAMES ADAM CLEMENTS,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**. Further, the Applications for Relief and Applications for Leave to File Amicus Briefs are **DENIED**.